IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VANESSA RANSOM-ELLISON | : | CIVIL ACTION |
| | : | |
| v. | : | No. 24-6308 |
| | : | |
| THE CHILDRENS HOSPITAL OF | : | |
| PHILADELPHIA | : | |

## **ORDER**

AND NOW, this 17th day of February, 2026, upon consideration of Defendant The Children's Hospital of Philadelphia's Motion for Summary Judgment (Dkt. No. 15), the parties' briefings on the issue, the oral arguments made on the December 16, 2025 hearing, and for the reasons stated in the accompanying memorandum, it is ORDERED the Motion (Dkt. No. 15) is GRANTED.  Judgment is entered in favor of Defendant and against the Plaintiff.

It is further ORDERED Defendant's Motions in Limine (Dkt. Nos. 18, 19 & 20) are DENIED as moot.  The Clerk of Court is DIRECTED to mark this case as CLOSED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.